AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**
Aug 5 2025
Clerk, U.S. District Court
Western District of Texas

By: _____AQ_____
Deputy

| | |
|---|---|
| USA | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: **EP:25-M -04278(1)  LE** |
| | § |
| **(1) EDGAR RUBEN GOMEZ-PORTILLO** | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 04, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: " The DEFENDANT, Edgar Ruben GOMEZ-Portillo, an alien to the United States and a citizen of Mexico was found approximately .19 miles east of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas. From  "Continued on the attached sheet and made a part of hereof.

Sworn to before me and subscribed in my presence,

/S/ Ceniceros, Roberto B.
Signature of Complainant
Border Patrol Agent

August 5, 2025
File Date

at EL PASO, Texas
City and State

LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN AT 01:07 P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -04278(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) EDGAR RUBEN GOMEZ-PORTILLO**

*FACTS   (CONTINUED)*

statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on 02/28/2009 through El Paso, TX. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT has been removed 1 time, the last one being to MEXICO on February 28, 2009, through EL PASO, TX.**

CRIMINAL HISTORY:

**NONE**